IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–48–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND EUGENE POWELL, | |
| Defendant. | |

The United States of America has moved unopposed to dismiss the petition for summons for offender under supervision, (Doc. 59), based on the defendant's compliance with the conditions of release since the revocation hearing held on January 28, 2022. Accordingly,

IT IS ORDERED that the United States' motion to dismiss the petition for summons for offender under supervision, (Doc. 68), is GRANTED. The petition is dismissed without prejudice, and the final revocation hearing scheduled for March 31, 2022, is VACATED.

DATED this 28th day of March, 2022.

Donald W. Molloy, District Judge
United States District Court

1