IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–48–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND EUGENE POWELL, | |
| Defendant. | |

On February 21, 2024, Raymond Eugene Powell moved unopposed pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rules of Criminal Procedure 23.1(c)(2)(B) and (C). (Doc. 73.) Mr. Powell has reintegrated well back into society. (*See* Doc. 73 at 3.) Accordingly,

IT IS ORDERED that Mr. Powell's motion (Doc. 73) is GRANTED. Mr. Powell's supervised release is terminated as of the date of this Order.

DATED this 26th day of February, 2024.

_____
Donald W. Molloy, District Judge
United States District Court